**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **WENDY WILLIAMS,** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **CIVIL ACTION NO. 24-00057-KD-N** |
| | ) | |
| **SYLVIA WOODS,** | ) | |
| **Defendant.** | ) | |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(a)–(b), Fed. R. Civ. P. 72, and S.D. Ala. GenLR 72(a) and dated July 31, 2024, (Doc. 20), is **ADOPTED** as the opinion of this Court.

Accordingly, this action is **DISMISSED without prejudice** pursuant to Federal Rule of Civil Procedure 41(b) and this Court's inherent authority for Plaintiff's failure to prosecute, non-compliance with Court directives and failure to timely pay the statutory filing fee.

**DONE and ORDERED** this **26th** day of **August 2024**.

**/s/ Kristi K. DuBose**
 **KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**