# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **WENDY WILLIAMS,** | ) | |
|     Plaintiff, | ) | |
| | ) | |
| vs. | ) | **CIVIL ACTION NO. 24-00057-KD-N** |
| | ) | |
| **SYLVIA WOODS,** | ) | |
|     Defendant. | ) | |

## JUDGMENT

In accordance with the Order issued on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that this action is **DISMISSED without prejudice**.

**DONE and ORDERED** this **26th** day of **August 2024**.

                                         **/s/ Kristi K. DuBose**
                                         **KRISTI K. DuBOSE**
                                         **UNITED STATES DISTRICT JUDGE**